IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BOBBY OWENS and § | | |
| MARTHA OWENS § | | |
| § | | |
| V. § | NO. 1:07-CV-629 | |
| § | | |
| ALLSTATE TEXAS LLOYD'S and § | | |
| MICHELLE RANDOLPH § | | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on September 28, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **25** day of **March, 2008.**

_____
Thad Heartfield
United States District Judge